# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LUX GLOBAL LABEL COMPANY, LLC, | )<br>)<br>) Case 1:18-cv-00138-CAB |
| Plaintiff, | )<br>) |
| v. | )<br>) **NOTICE OF APPEARANCE** |
| JAMES H. SHACKLETT, IV, | )<br>) |
| Defendant. | ) |

Without waiving any defenses the defendant might raise in this action, including all Rule 12 defenses, the undersigned hereby enters this notice of appearance on behalf of defendant James H. Shacklett, IV.

Dated: January 24, 2018

Respectfully submitted,

 *s/ David B. Cupar*
David B. Cupar
MCDONALD HOPKINS LLC
600 Superior Ave., East, Suite 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
dcupar@mcdonaldhopkins.com

*Counsel for Defendant*
*James H. Shacklett, IV*

{7192283: }

## Certificate of Service

I hereby certify that on January 24, 2018, I electronically filed the foregoing paper with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record, all of whom are registered ECF participants.

                                         s/ David B. Cupar
                                         *Counsel for Defendant*
                                         *James H. Shacklett, IV*