UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LUX GLOBAL LABEL COMPANY, LLC ) | Case No. 1:18CV00138 |
| ) | |
| ) | Judge: CHRISTOPHER A. BOYKO |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER GRANTING MOTION FOR** |
| JAMES H. SHACKLETT, IV, et al ) | **TEMPORARY RESTRAINING ORDER** |
| ) | **AGAINST DEFENDANTS SHACKLETT** |
| ) | **AND CCL INDUSTRIES** |
| Defendants. ) | |
| ) | |

This matter is before the court upon consideration of Plaintiff Lux Global Label Company's ("Plaintiff" or "Lux") Revised Motion for Temporary Restraining Order and Preliminary Injunction Against Defendants James H. Shacklett, IV ("Shacklett") and CCL Industries Corporation ("CCL") (collectively referred to as "Defendants"). Upon due consideration, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court finds that Plaintiff has a strong likelihood of success on the merits, that irreparable harm will occur to Plaintiff absent injunctive relief, that issuance of this temporary restraining order will not cause substantial harm to others, and that the public interest of protecting confidential, proprietary, and trade secret information will be served.

**THEREFORE, IT IS HEREBY ORDERED AND DECREED THAT:**

(1) Defendants, James H. Shacklett, IV ("Shacklett") and CCL Industries Corporation, and any other person or entity acting in aid or concert, or in participation with them,


PLAINTIFF'S EXHIBIT A

-2-

shall immediately return all of Lux's property, including any and all confidential, proprietary, and trade secret information and keeping no copy;

(2) Defendants and any other person or entity acting in aid or concert, or in participation with them are hereby ordered to refrain from retaining, using, or disclosing Lux's confidential, proprietary, and trade secret information in any form or manner;

(3) Defendants and any other person or entity acting in aid or concert, or in participation with them is hereby ordered to refrain from interfering with Lux's employment, customer or business relationships; and

(4) Defendants and any other person or entity acting in aid or concert, or in participation with them are hereby ordered to refrain from interfering with Lux's purchase agreement with the National Label Company, including Lux's enjoyment of it bargain of goodwill and intangible assets

**IT IS FURTHER ORDERED** that this Order shall expire fourteen (14) days after entry unless further extended by the agreement of the parties or Order of this Court.

**IT IS FURTHER ORDERED** that a preliminary injunction hearing is set for _____, 2018.

**IT IS FURTHER ORDERED** that Plaintiff file no security.

**IT IS SO ORDERED.**

Date: _____
JUDGE CHRISTOPHER A. BOYKO