

McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

P 1.216.348.5400
F 1.216.348.5474

Direct Dial: 1.216.430.2036
Email: dcupar@mcdonaldhopkins.com

February 7, 2018

Via ECF electronic case filing

Hon. Christopher A. Boyko
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 15B
Cleveland, Ohio 44113

**Re:    Lux Global Label Co., LLC v. Shacklett, et al., 1:18-cv-00138-CAB**

Judge Boyko:

Per your request at the telephonic status conference held in the above-referenced matter on Wednesday, February 7, 2018, I am writing to certify that, as counsel to defendant James Shacklett, my law firm is in possession of and holding in a secure, locked vault the electronic drive that is the subject of plaintiff Lux's claims in this case.

Very truly yours,

*s/ David B. Cupar*

David. B. Cupar

cc:    Stephen S. Zashin, Esq. (counsel for plaintiff) (via ECF)
       Ami J. Patel, Esq. (counsel for plaintiff) (via ECF)
       Christopher D. Caspary (counsel for plaintiff) (via ECF)