UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LUX GLOBAL LABEL COMPANY, LLC. | ) ) ) | CASE NO.1:18CV00138 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) | |
| JAMES H. SHACKLETT, IV, ET AL., | ) ) | **ORDER** |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

After conferring with counsel at the attorney conference held February 7, 2018, the Court orders the following: Defendants' counsel shall file with the Court a certification no later than Monday February 12, 2018, that the property in question is secure at his firm and will not be accessed prior to its transfer to an agreed upon third party forensic examiner for analysis. Defendants shall also file a written response to Plaintiff's Motions for Temporary Restraining Order and its amendment and Plaintiff's Motion for Expedited Discovery and amendment no later than noon, February 20, 2018. The Court further holds that by complying with these orders, Defendants do not waive any defense, including their right to contest jurisdiction. The Court will hold a telephone status conference on February 22, 2018, at 1:30 p.m. Plaintiff's counsel shall initiate the conference call with opposing counsel

and shall contact the Court at (216) 357-7151. The Court will discuss further dates at that time.

    IT IS SO ORDERED.

                                        s/ Christopher A. Boyko
                                        CHRISTOPHER A. BOYKO
                                        United States District Judge

Dated: February 7, 2018